UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1204-W |
| Plaintiff | ) | 08mj0911 |
| vs. | ) | ORDER |
| Marcos Guzman-Lopez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 07937298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Angela Najera-Ortiz

DATED: 4/17/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk