UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Marcos Guzman-Lopez<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) | CRIMINAL NO. 08CR1204-W  08mj0911<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07937298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed) / Order of Court).

Julia Najera-Rios

DATED: 4/17/08

RECEIVED _____
             DUSM

**William McCurine, Jr.**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk