# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
)
Plaintiff
)
)
vs.
)
Marcos Guzman-Lopez
)
)
Defendant(s)
)
)

CRIMINAL NO. 08CR1204-W
08mj0911

ORDER

RELEASING MATERIAL WITNESS

Booking No. 07937298

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Elcario Ruiz-Hernandez

DATED: 4/17/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____

**Deputy Clerk**