FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1204-W |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |
| MARCOS GUZMAN-LOPEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about March 21, 2008, within the Southern District of California, defendant MARCOS GUZMAN-LOPEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Thomas Santiago-Cruz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 4/17/08.

KAREN P. HEWITT
United States Attorney

For [signature]
JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
4/15/08