AO 455 (Rev. 5/85)  Waiver of Indictment

FILED

APR 1 7 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCOS GUZMAN-LOPEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR1204-W_

I, MARCOS GUZMAN-LOPEZ, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _4/17/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Marcos Guzman Lopez_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer